# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTIRCT OF NEW MEXICO

JENNIFER M. GALLEGOS, ARTHUR
GALLEGOS, and all New Mexico
Residents similarly situated,

          Plaintiffs,

v.                                  No. 1:18-cv-00690

TAX DEFENSE NETWORK, LLC, a Delaware
limited liability company, RYAN LEE DAVIS,
an attorney and resident of Florida, and CATHERINE
KING O'CONNOR, an attorney and resident of Florida,

          Defendants.

## NOTICE OF REMOVAL

      Defendants Tax Defense Network, LLC, Ryan Lee Davis, and Catherine King O'Connor (collectively, "Defendants") hereby remove this lawsuit to the United States District Court for the District of New Mexico, and as grounds therefor state as follows:

## I.    Background and Procedural Prerequisites for Removal.

      1.    Plaintiffs Jennifer M. Gallegos and Arthur Gallegos (together, "Plaintiffs") commenced this action in the Second Judicial District Court, County of Bernalillo, State of New Mexico, Civil Action No. D-202-CV-2018-04588, by the filing of Plaintiff's "Complaint for Damages" on June 19, 2018 ("Complaint"). Copies of all pleadings filed in that action are attached hereto as Exhibit A in accordance with 28 U.S.C. § 1446(a).

      2.    Defendant Catharine King O'Connor was served with a copy of the Complaint on June 21, 2018. Defendant Tax Defense Network, LLC was served with a copy of the Complaint

on June 22, 2016.  Defendant Ryan L. Davis was served with a copy of the Complaint on June 25, 2018.  *See* Summons Receipts, attached as Ex. B.

3.     This Notice of Removal is filed in this Court within 30 days of service of the initial pleading in the case on Defendants and within one year of commencement of this action. *See* 28 U.S.C. §§ 1446(b)(2)(B); (c).

4.     The state court in which this action was commenced is within this Court's district. Venue is therefore proper under 28 U.S.C. §§ 111 and 1441(a).

## II.    This Court Has Diversity Jurisdiction Over This Action.

5.     This action is properly removable to federal court pursuant to 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332. There is complete diversity of citizenship between all properly joined parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  *See* Compl. at ¶ 1, Ex. A.

### A.    The Proper Parties to this Action are Citizens of Different States.

6.     The Complaint alleges that Plaintiffs are citizen of the state of New Mexico.  *See* Compl. at ¶ 2, Ex. A.  Defendant Tax Defense Network, LLC is a Delaware corporation with its principal place of business in Florida, making it a citizen of Delaware and Florida.  Defendants Ryan Lee Davis and Catharine King O'Connor are residents of Florida.  Plaintiffs are citizens of a different state than Defendants.

7.     Pursuant to 28 U.S.C. §§ 1332 and 1441, there is complete diversity of citizenship between Plaintiffs and Defendants.

**B.    The Amount In Controversy Exceeds $75,000**

8.    Plaintiffs' allegations demonstrate that they are clearly seeking more than the required $75,000 jurisdictional amount.   Plaintiffs seek $130,000.00 in actual damages.   *See* Compl. at ¶ 1, Ex. A.

9.    Defendants deny Plaintiffs' contentions and all liability, and specifically deny that Plaintiffs are entitled to any damages whatsoever.

10.    Accordingly, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.   Because this case is also between citizens of different states, it is within the original jurisdiction of the United States District Court.   *See* 28 U.S.C. §§ 1332, 1441.

11.    Pursuant to 28 U.S.C. § 1446(d), promptly upon filing this notice, Defendants will give written notice of the filing thereof to Plaintiffs and will file a copy of the notice with the Clerk of the Second Judicial District Court in County of Bernalillo, New Mexico, from which this action was removed.

WHEREFORE, Defendants respectfully remove this action from state court into this Court for trial and determination.

Dated: July 18, 2018                    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____ */s/ Charles J. Vigil*_____
   Charles J. Vigil
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
cvigil@rodey.com
*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

I further certify that on such date I served the foregoing pleading on the following non-CM/ECF Participants by electronic mail:

David C. Kramer / david.c.kramer@comcast.net

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By_____*/s/ Charles J. Vigil*_____
        Charles J. Vigil